[No. 50387-1-I. Division One. October 13, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. MARRIAM DIANE OLIVER, *Appellant*.

Appeal from judgments of the Superior Court for Snohomish County, No. 01-1-02317-3, Charles S. French, J., entered November 9, 2001 and April 9, 2002. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Coleman and Grosse, JJ.

[No. 50999-3-I. Division One. October 13, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN A. BRADSHAW, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-03981-2, LeRoy McCullough, J., entered May 7, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 51569-1-I. Division One. October 13, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. SAMUEL DAERONNE WELLS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-07344-8, Michael J. Fox, J., entered December 9, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 51731-7-I. Division One. October 13, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS GERALD STIPCICH, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 02-1-02348-1, Joseph A. Thibodeau, J., entered December 18, 2002. *Affirmed* by unpublished per curiam opinion.